UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RODOLFO DIAZ,                                                     :
:
                           Plaintiff,                        :
:    25-CV-2183 (JMF)
            -v-                                              :
:    ORDER
JEFLIE COMPANY LLC and SK CHAMBER LLC,            :
:
                           Defendants.                       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **March 27, 2025**, Defendants were served with the Complaint. On May 6, 2025, proof of service was filed with the Court. *See* ECF Nos. 12,13. To date, Defendant SK Chamber LLC ("SK Chamber") has failed to appear in this action. No later than **June 18, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with SK Chamber or if he has any other reason to believe that SK Chamber has actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on SK Chamber **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: June 11, 2025
       New York, New York
                                                     JESSE M. FURMAN
                                          United States District Judge