UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
RODOLFO DIAZ,        :
        :
            Plaintiff,        :
        :    25-CV-2183 (JMF)
     -v-     :
        :    ORDER
JEFLIE COMPANY LLC and SK CHAMBER LLC,   :
        :
            Defendants.       :
        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 6, 2025, Defendant SK Chamber LLC ("SK Chamber") was served with the Summons and Complaint in this action through the New York Secretary of State. ECF No. 13. On June 2, 2025, Defendant Jeflie Company LLC filed an answer to the Complaint asserting a crossclaim against SK Chamber. ECF No. 16. On June 24, 2025 counsel for SK Chamber noticed an appearance in this case. ECF Nos. 26-27. Yet, to date, SK Chamber has not filed an answer to the Complaint or to the Crossclaim against it. As a courtesy, SK Chamber's deadline to respond to both the Complaint and to the Crossclaim is hereby EXTENDED, *nunc pro tunc*, to **July 11, 2025**. Failure to file an answer by that deadline may result in the Court inviting the other parties in the case to move for default judgment.

      SO ORDERED.

Dated: July 2, 2025
       New York, New York

                                                    JESSE M. FURMAN
                                         United States District Judge