UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RODOLFO DIAZ**, *Plaintiff*, <br><br> - against - <br><br> **JEFLIE COMPANY LLC** **and SK CHAMBER LLC**, *Defendants*. | Civil Action No.: 1:25-cv-02183-JMF <br><br> **NOTICE OF MOTION** |

     **COMES NOW** Defendant SK Chamber LLC ("Moving Defendant"), by and through its undersigned attorneys, will move this Court at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, before the Honorable Jesse M. Furman, at a time and date to designated by the Court, for an order:

1. pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, vacating the Clerk's Certificate of Default against Moving Defendant;

2. Pursuant to Rule 6(b), extending the mediation deadline from August 29, 2025, to September 30, 2025, and adjourning the initial conference currently set for September 2, 2025, to a date convenient to the Court on or after October 6, 2025; and

3. any such and other relief the Court deem just and proper.

Date:  July 7, 2025
        Flushing, New York

                                          HANG & ASSOCIATES, PLLC
                                          By: /s/ Ge Qu
                                          Ge Qu, Esq.
                                          136-20 38th Avenue, Suite 10G

Flushing, New York 11354
Tel: (718) 353-8588
Email: rqu@hanglaw.com
*Attorneys for Moving Defendant*

In light of Plaintiff's consent to this motion, the Clerk's Certificate of Default, ECF No. 21, is hereby VACATED (although the Clerk of Court need not remove it from the docket).  The initial pretrial conference scheduled for September 2, 2025, is ADJOURNED until **October 7, 2025**, at **9:00 a.m.**  The deadline to complete mediation is extended to two weeks before the rescheduled initial pretrial conference. The Clerk of Court is directed to terminate ECF No. 29.

SO ORDERED.

July 8, 2025

2