# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

November 25, 2025

Via ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York

     **Re:**   *Rodolfo Diaz v. Jeflie Company LLC and SK Chamber LLC*

     **Docket No. 1:25-cv-02183 (JMF) (RFT)**

Dear Judge Furman:

We represent the plaintiff in the above-entitled action. Pursuant to Your Honor's Order of September 26, 2025 and on behalf of all parties, we write to respectfully ask the Court to extend the deadline to reopen this action from November 26, 2025 to December 19, 2025. This is the first application to extend the deadline and all parties consent. The reason for this request is because the parties require the additional time to fulfill the condition precedent to file a stipulation of dismissal.

Thank you for your time and attention to this matter. With kindest regards, I am

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 39.

very truly yours,

SO ORDERED.

*[signature]*

November 25, 2025

Glen H. Parker, Esq.